**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**



In re:

COURT OPERATIONS UNDER THE EXIGENT
CIRCUMSTANCES CREATED BY THE OUTBREAK
OF CORONAVIRUS DISEASE 2019 (COVID-19):
INTERIM CJA VOUCHERS

Case No. 2:20mc7

## General Order No. 2020-05

The disruption to Court operations caused by the Coronavirus Disease 2019 (COVID-19) may cause a disruption to timely payments and place a financial burden on Criminal Justice Act (CJA) Panel Attorneys, their staff and their service providers. In order to mitigate the financial hardship of delayed payments, and to ensure the continued high quality of criminal representation by CJA Panel Attorneys, counsel providing representation under the CJA may submit interim vouchers for payment of fees and expenses for both attorneys and their service providers in any case, without the necessity of filing a Motion for an Order Allowing Interim Payments. The initial voucher may be submitted no sooner than four months after the date of appointment. Subsequent interim vouchers may be submitted when the current interim voucher amount is greater than $4,000 or at intervals of four months after the date of the previously submitted interim voucher. Within 45 days of the conclusion of the representation, counsel should submit a

final voucher, without regard to the amount of the claim or the date of any previously submitted voucher. The submission of an interim voucher is not required but is intended to alleviate the anticipated hardship on counsel of undertaking representation for an extended period of time without compensation and to expedite the processing, review and payment of CJA vouchers. The Court reserves the right to delay or withhold payment on any interim voucher.

The Court **DIRECTS** the Clerk to send a copy of this Order to all members of the CJA Panel.

**It is so ORDERED.**

/s/ MSD
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 20, 2020