UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA



In re:

COURT OPERATIONS UNDER THE EXIGENT
CIRCUMSTANCES CREATED BY THE OUTBREAK
OF CORONAVIRUS DISEASE 2019 (COVID-19):
TEMPORARY CLOSURE OF CLERK'S OFFICE
PUBLIC COUNTERS

Case No. 2:20mc7

### General Order No. 2020-08

As detailed in its prior General Orders, the United States District Court for the Eastern District of Virginia is closely monitoring the outbreak of Coronavirus Disease 2019 (COVID-19). In light of the developing guidance from the Centers for Disease Control and Prevention ("CDC") and various other levels and branches of government, as well as the rapidly accelerating number of confirmed COVID-19 cases and community spread within this District and the United States,[1] and after careful consultation with appropriate stakeholders, this Court has determined that it is appropriate to further limit unnecessary person-to-person interactions between the public and Clerk's Office employees.

As discussed in greater detail in General Order 2020-07, in order to reduce person-to-person contact for individuals

---

[1] As of the date of this General Order, the United States appears to be the country with the greatest number of individuals known to be currently infected with COVID-19. The number of new confirmed cases in the United States has increased by more than 10,000 each of the last two days, and more than 1,000 Americans have died from COVID-19, with more than 200 deaths reported yesterday, March 25, 2020.

submitting in-person filings at our Courthouses, the Court has installed drop-boxes in our Norfolk, Alexandria, Richmond, and Newport News Courthouses. Such drop-boxes allow litigants to date stamp their filings and securely submit them without entering the Clerk's Office. A telephone is available in the drop-box area at each Courthouse to allow filers to obtain assistance from Clerk's Office staff. Such procedure has been in place for several days, and now that it has been tested and proven to be an adequate substitute for in-person filings, the Clerk's Office counters that are typically available to the public shall be **CLOSED until further notice, effective Monday, March 30, 2020.** Members of the public will retain access to the drop boxes at or near the entrances of each of our Courthouses to deposit filings during business hours. All counsel capable of submitting filings via CM/ECF should continue utilizing CM/ECF to avoid unnecessary Courthouse visits. Clerk's Office staff will continue working, in our Courthouses and remotely, to process electronic and drop-box filings and to answer calls made from inside and outside our Courthouses.

Any visitors to our Courthouses planning to utilize the drop boxes are reminded that they must comply with the visitor restrictions set forth in General Order 2020-07, which are repeated in Public Notices posted outside each of our Courthouses. Should any individual be unable to use the drop boxes due to the visitor restrictions, they are instructed to contact the appropriate Court

division using the contact information provided in the posted Public Notices.

It is so ORDERED.

/s/ [signature]
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 26, 2020