

FILED
APR 16 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**

**In re:**

**COURT OPERATIONS UNDER THE EXIGENT
CIRCUMSTANCES CREATED BY THE OUTBREAK
OF CORONAVIRUS DISEASE 2019 (COVID-19):
ELECTRONIC ACCESS TO BOND REPORTS**

Case No. 2:20mc7

## General Order No. 2020-13

As detailed in its prior General Orders, the United States District Court for the Eastern District of Virginia has been closely monitoring the outbreak of Coronavirus Disease 2019 (COVID-19). Moreover, as described in General Order 2020-09, the Court has authorized the use of video conferencing, or telephone conferencing if video conferencing is not reasonably available, as set forth in that Order. In particular, video or telephone conferencing is permitted to conduct pretrial release or detention hearings in accordance with Federal Rule of Criminal Procedure 5, The CARES Act, H.R. 748, and this Court's General Order 2020-09.

The U.S. Probation Office generally prepares a pretrial services report that must be made available to a defendant's attorney and the attorney for the government prior to a pretrial release or detention hearing, and such reports must be returned at the conclusion of such a hearing.

In light of the Court's Order with respect to video or telephone conferencing, and to maximize the efficient and secure

sharing of such pretrial services reports electronically, the U.S. Probation Office is directed to make such reports available in the same manner that Presentence Reports are currently made available to a defendant's counsel and an attorney for the government. Specifically, such reports should be made accessible to counsel through the use of an ECF filer login that restricts access to attorneys of record authorized to have access to such reports.

The use and disclosure of the pretrial services report, and any information obtained by the pretrial services officer in the course of performing the pretrial services function, remain governed by 18 U.S.C. § 3153(c), as consistent with electronic access to the report.

This Order will remain in effect until further Order of this Court.

**It is so ORDERED.**

/s/ Mark S. Davis
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
April __16__, 2020