**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**



**In re:**

**COURT OPERATIONS UNDER THE EXIGENT**
**CIRCUMSTANCES CREATED BY THE OUTBREAK**    Case No. 2:20mc7
**OF CORONAVIRUS DISEASE 2019 (COVID-19):**
**CESSATION OF THE U.S. COURTHOUSE IN**
**NEWPORT NEWS AS THE DISTRICT'S EMERGENCY**
**JUDICIAL CENTER**

**General Order No. 2020-15**

On March 30, 2020, in response to the outbreak of Coronavirus Disease 2019 (COVID-19), this Court issued General Order No. 2020-10, which directed that the U.S. Courthouse in Newport News be closed to the public and all employees beginning on April 1, 2020, and until further order by the Court, in order to serve as the "Emergency Judicial Center" (EJC) for the U.S. District Court for the Eastern District of Virginia.  As the EJC, the U.S. Courthouse in Newport News was sanitized and preserved for safe use, in order to serve as a "last resort" location for Court proceedings or other Court directed emergency functions in the event that all other Courthouses in the District were rendered unusable at the same time.

As detailed in its prior General Orders, the Court has continued to closely monitor the outbreak of COVID-19, as well as the developing guidance from the Centers for Disease Control and Prevention (CDC) and the responses from all branches and levels of

government. This includes the decisions by various states, to include the Commonwealth of Virginia, to begin the process of lessening the restrictions on movement by individuals (i.e., scaling back the "stay at home" orders) as well as permitting the limited reopening of certain businesses conditioned on various restrictions.[1] In light of these developments, to include the apparent bending of the curve for the daily number of new COVID-19 cases within Virginia,[2] as well as the Court's increased capabilities to conduct remote proceedings and thereby reduce the risk that all Courthouses in the District would be rendered unusable at the same time, see General Order 2020-11, the Court has determined that it is no longer necessary for the U.S. Courthouse in Newport News, or any other Courthouse in the District, to serve as the EJC for the District.

---

[1] See "Forward Virginia Blueprint," available at https://www.governor.virginia.gov//media/governorvirginiagov/governor-of-virginia/pdf/Forward-Virginia-Presentation-5.4.pdf.

[2] While the number of daily new COVID-19 cases within Virginia remains at or near its highest point, with 1,067 new cases being reported on May 14, 2020, it appears that the high growth rates seen previously in daily new cases may have been blunted, at least temporarily, through the efforts and the measures taken by the Commonwealth and its residents. The Court will continue to monitor such statistics in order to determine, upon reference to the guidelines provided by various government bodies, to include the Administrative Office of the U.S. Courts, the appropriate timing and steps to be taken regarding the Court's reopening process. As always, the Court is mindful of its responsibility to balance the health and safety of jurors and prospective jurors, court employees, criminal defendants, counsel, judges, and the public with its Constitutional responsibility to continue federal court operations during the COVID-19 outbreak, and while it is sometimes necessary to speak in terms of statistics, the Court takes seriously that each person captured by a statistic is, as always, a person.

As such, it is hereby **ORDERED** that, beginning on **May 26, 2020**, the U.S. Courthouse in Newport News will be reopened to the public and employees for limited operations consistent with the other Courthouses in this District.  However, the U.S. Courthouse in Newport News will still be subject to the restrictions regarding visitors to the U.S. Courthouses in the District, as set forth in General Order 2020-12 and this General Order below.  Furthermore, the restrictions on court proceedings, which are also detailed in General Order 2020-12, shall continue to apply to proceedings at the U.S. Courthouse in Newport News, until the time that a General Order is issued outlining any modification to such restrictions as part of the anticipated phased reopening of all Courthouses in this District.  Upon reopening, and until further notice, a drop-box, with a nearby telephone line to the Clerk's office, will be available for in-person filings at the U.S. Courthouse in Newport News, as detailed in General Order 2020-08.  The employees of the Court shall take all appropriate steps necessary to ensure that the U.S. Courthouse in Newport News is prepared to reopen to the public and employees on **May 26, 2020**.

Additionally, after considering the available data regarding the number of confirmed COVID-19 cases per 100,000 residents by state, the Court has determined that the list of U.S. states included in the visitor restrictions concerning entry to the U.S. Courthouses and U.S. Probations Offices in the District requires

certain updates. Furthermore, the Court has added language to the notices to be posted at Courthouse entrances consistent with the social distancing and face covering requirements detailed in General Order 2020-14. These updates to the visitor restrictions are designed to limit the spread of COVID-19 within our District, and are subject to appropriate exceptions made by the Chief Judge. As such, the attached updated versions of the Public Notices shall be posted outside of each respective U.S. Courthouse in the District, to include the U.S. Courthouse in Newport News upon its reopening on **May 26, 2020**.

    **It is so ORDERED.**

/s/ Mark S. Davis
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
May __14__, 2020

# **<u>PUBLIC NOTICES - VISITOR RESTRICTIONS</u>**

Attached Notices:
- Alexandria Courthouse
- Newport News Courthouse
- Norfolk Courthouse
- Richmond Courthouse



# Alexandria Court Access Notice regarding Coronavirus (COVID–19)

Due to the ongoing coronavirus (COVID-19) outbreak, please read the below Order before entering the Courthouse:

By Order of the Chief Judge, the following persons shall not enter any U.S. Courthouse or U.S. Probation Office in the Eastern District of Virginia without prior permission from the Chief Judge:

(1) any persons diagnosed with COVID-19;

(2) any persons who, in the last fourteen days, have come into contact with any individual who has been diagnosed with COVID-19;

(3) any persons instructed to self-quarantine by any doctor, hospital, health practitioner, or health agency;

(4) any persons who reside with, or have had close contact with, any individual instructed to self-quarantine by any doctor, hospital, health practitioner, or health agency;

(5) any persons who have, within the last fourteen days, **traveled internationally to <u>ANY COUNTRY</u>** outside the United States, or have traveled through or visited any of the following states:

- STATE OF NEW YORK
- STATE OF NEW JERSEY
- STATE OF ILLINOIS
- STATE OF MICHIGAN
- COMMONWEALTH OF PENNSYLVANIA
- COMMONWEALTH OF MASSACHUSETTS
- STATE OF CONNECTICUT
- STATE OF GEORGIA
- STATE OF COLORADO
- STATE OF IOWA
- STATE OF MISSISSIPPI
- STATE OF NEBRASKA
- STATE OF DELAWARE
- STATE OF SOUTH DAKOTA
- STATE OF RHODE ISLAND
- STATE OF LOUISIANA
- STATE OF INDIANA

(6) any persons who reside with, or have had close contact with, any individual who, within the last fourteen days, has traveled internationally or been in one of the states listed above.

**Anyone attempting to enter in violation of these protocols will be denied entry.** If you are scheduled to appear at a U.S. Courthouse or Probation Office in this District and are unable to do so because of the restrictions in this Order, you are directed to proceed as follows:

- If you are represented by an attorney, please contact your attorney;

- If you are an attorney and are scheduled to appear in court before a judge, please contact that chambers directly;

- If you are scheduled to meet with a Pretrial Services Officer, please contact the office of Pretrial Services at (703) 299-2250;

- If you are scheduled to meet with a Probation officer, please contact the Probation Office at (703) 299-2300;

- If you are a juror, please contact the Jury Department at (703) 299-2104;

- For Bankruptcy matters, please contact the Bankruptcy Court Clerk's Office at (703) 258-1200;

- For District Court matters, please contact the District Court Clerk's Office at (703) 299-2100; and

- For U.S. Court of Appeals matters, please contact Patricia S. Connor, Clerk of Court at (804) 916-2700.

These restrictions will remain in place temporarily until it is determined to be safe to remove them. **Any person who thinks that they may have been exposed to COVID-19 should contact their healthcare provider immediately.**

## WHILE INSIDE THE COURTHOUSE:

- **To the extent possible, maintain six feet of distance from all other individuals.**

- **All individuals are required to wear a face-covering or mask while in common areas.**

**Any person who does not comply with these requirements will be denied entry and/or subject to removal from the Courthouse.**



# Newport News Court Access Notice regarding Coronavirus (COVID–19)

Due to the ongoing coronavirus (COVID-19) outbreak, please read the below Order before entering the Courthouse:

By Order of the Chief Judge, the following persons shall not enter any U.S. Courthouse or U.S. Probation Office in the Eastern District of Virginia without prior permission from the Chief Judge:

(1) any persons diagnosed with COVID-19;

(2) any persons who, in the last fourteen days, have come into contact with any individual who has been diagnosed with COVID-19;

(3) any persons instructed to self-quarantine by any doctor, hospital, health practitioner, or health agency;

(4) any persons who reside with, or have had close contact with, any individual instructed to self-quarantine by any doctor, hospital, health practitioner, or health agency;

(5) any persons who have, within the last fourteen days, **traveled internationally to <u>ANY COUNTRY</u>** outside the United States, or have traveled through or visited any of the following states:

- STATE OF NEW YORK
- STATE OF NEW JERSEY
- STATE OF ILLINOIS
- STATE OF MICHIGAN
- COMMONWEALTH OF PENNSYLVANIA
- COMMONWEALTH OF MASSACHUSETTS
- STATE OF CONNECTICUT
- STATE OF GEORGIA
- STATE OF COLORADO
- STATE OF IOWA
- STATE OF MISSISSIPPI
- STATE OF NEBRASKA
- STATE OF DELAWARE
- STATE OF SOUTH DAKOTA
- STATE OF RHODE ISLAND
- STATE OF LOUISIANA
- STATE OF INDIANA

(6) any persons who reside with, or have had close contact with, any individual who, within the last fourteen days, has traveled internationally or been in one of the states listed above.

**Anyone attempting to enter in violation of these protocols will be denied entry.** If you are scheduled to appear at a U.S. Courthouse or Probation Office in this District and are unable to do so because of the restrictions in this Order, you are directed to proceed as follows:

- If you are represented by an attorney, please contact your attorney;

- If you are an attorney and are scheduled to appear in court before a judge, please contact that chambers directly;

- If you are scheduled to meet with a Pretrial Services Officer, please contact the office of Pretrial Services at (757) 223-4640;

- If you are scheduled to meet with a Probation officer, please contact the Probation Office at (757) 223-4640;

- If you are a juror, please contact the Jury Department at (757) 222-7200;

- For Bankruptcy matters, please contact the Bankruptcy Court Clerk's Office at (757) 244-3678;

- For District Court matters, please contact the District Court Clerk's Office at (757) 247-0784; and

- For U.S. Court of Appeals matters, please contact Patricia S. Connor, Clerk of Court at (804) 916-2700.

These restrictions will remain in place temporarily until it is determined to be safe to remove them. **Any person who thinks that they may have been exposed to COVID-19 should contact their healthcare provider immediately.**

# WHILE INSIDE THE COURTHOUSE:

- **To the extent possible, maintain six feet of distance from all other individuals.**

- **All individuals are required to wear a face-covering or mask while in common areas.**

**<u>Any person who does not comply with these requirements will be denied entry and/or subject to removal from the Courthouse.</u>**



# Norfolk Court Access Notice regarding Coronavirus (COVID – 19)

Due to the ongoing coronavirus (COVID-19) outbreak, please read the below Order before entering the Courthouse:

By Order of the Chief Judge, the following persons shall not enter any U.S. Courthouse or U.S. Probation Office in the Eastern District of Virginia without prior permission from the Chief Judge:

(1) any persons diagnosed with COVID-19;

(2) any persons who, in the last fourteen days, have come into contact with any individual who has been diagnosed with COVID-19;

(3) any persons instructed to self-quarantine by any doctor, hospital, health practitioner, or health agency;

(4) any persons who reside with, or have had close contact with, any individual instructed to self-quarantine by any doctor, hospital, health practitioner, or health agency;

(5) any persons who have, within the last fourteen days, **traveled internationally to <u>ANY COUNTRY</u>** outside the United States, or have traveled through or visited any of the following states:

- STATE OF NEW YORK
- STATE OF NEW JERSEY
- STATE OF ILLINOIS
- STATE OF MICHIGAN
- COMMONWEALTH OF PENNSYLVANIA
- COMMONWEALTH OF MASSACHUSETTS
- STATE OF CONNECTICUT
- STATE OF GEORGIA
- STATE OF COLORADO
- STATE OF IOWA
- STATE OF MISSISSIPPI
- STATE OF NEBRASKA
- STATE OF DELAWARE
- STATE OF SOUTH DAKOTA
- STATE OF RHODE ISLAND
- STATE OF LOUISIANA
- STATE OF INDIANA

(6) any persons who reside with, or have had close contact with, any individual who, within the last fourteen days, has traveled internationally or been in one of the states listed above.

**Anyone attempting to enter in violation of these protocols will be denied entry.** If you are scheduled to appear at a U.S. Courthouse or Probation Office in this District and are unable to do so because of the restrictions in this Order, you are directed to proceed as follows:

- If you are represented by an attorney, please contact your attorney;

- If you are an attorney and are scheduled to appear in court before a judge, please contact that chambers directly;

- If you are scheduled to meet with a Pretrial Services Officer, please contact Pretrial Services at (757) 222-7400;

- If you are scheduled to meet with a Probation Officer, please contact the Probation Office at (757) 222-7300;

- If you are a juror, please contact the Jury Department at (757) 222-7200;

- For Bankruptcy matters, please contact the Bankruptcy Court Clerk's Office at (757) 222-7500;

- For District Court matters, please contact the District Court Clerk's Office at (757) 222-7201 for civil matters and at (757) 222-7202 for criminal matters; and

- For U.S. Court of Appeals matters, please contact Patricia S. Connor, Clerk of Court at (804) 916-2700.

These restrictions will remain in place temporarily until it is determined to be safe to remove them. **Any person who thinks that they may have been exposed to COVID-19 should contact their healthcare provider immediately.**

---

## WHILE INSIDE THE COURTHOUSE:

- **To the extent possible, maintain six feet of distance from all other individuals.**

- **All individuals are required to wear a face-covering or mask while in common areas.**

**<u>Any person who does not comply with these requirements will be denied entry and/or subject to removal from the Courthouse.</u>**



# Richmond Court Access Notice regarding Coronavirus (COVID – 19)

Due to the ongoing coronavirus (COVID-19) outbreak, please read the below order before entering the Courthouse:

By Order of the Chief Judge, the following persons shall not enter any U.S. Courthouse or U.S. Probation Office in the Eastern District of Virginia without prior permission from the Chief Judge:

(1) any persons diagnosed with COVID-19;

(2) any persons who, in the last fourteen days, have come into contact with any individual who has been diagnosed with COVID-19;

(3) any persons instructed to self-quarantine by any doctor, hospital, health practitioner, or health agency;

(4) any persons who reside with, or have had close contact with, any individual instructed to self-quarantine by any doctor, hospital, health practitioner, or health agency;

(5) any persons who have, within the last fourteen days, **traveled internationally to <u>ANY COUNTRY</u>** outside the United States, or have traveled through or visited any of the following states:

- STATE OF NEW YORK
- STATE OF NEW JERSEY
- STATE OF ILLINOIS
- STATE OF MICHIGAN
- COMMONWEALTH OF PENNSYLVANIA
- COMMONWEALTH OF MASSACHUSETTS
- STATE OF CONNECTICUT
- STATE OF GEORGIA
- STATE OF COLORADO
- STATE OF IOWA
- STATE OF MISSISSIPPI
- STATE OF NEBRASKA
- STATE OF DELAWARE
- STATE OF SOUTH DAKOTA
- STATE OF RHODE ISLAND
- STATE OF LOUISIANA
- STATE OF INDIANA

(6) any persons who reside with, or have had close contact with, any individual who, within the last fourteen days, has traveled internationally or been in one of the states listed above.

**Anyone attempting to enter in violation of these protocols will be denied entry.** If you are scheduled to appear at a U.S. Courthouse or Probation Office in this District and are unable to do so because of the restrictions in this Order, you are directed to proceed as follows:

- If you are represented by an attorney, please contact your attorney;

- If you are an attorney and are scheduled to appear in court before a judge, please contact that chambers directly;

- If you are scheduled to meet with a Pretrial Services Officer, please contact Pretrial Services at (804) 916-2800;

- If you are scheduled to meet with a Probation officer, please contact the Probation Office at (804) 916-2500;

- If you are a juror, please contact the Jury Department at (804) 916-2212;

- For Bankruptcy matters, please contact the Bankruptcy Court Clerk's Office at (804) 916-2400;

- For District Court matters, please contact the District Court Clerk's Office at (804) 916-2220 for civil matters and at (804) 916-2230 for criminal matters; and

- For U.S. Court of Appeals matters, please contact Patricia S. Connor, Clerk of Court at (804) 916-2700.

These restrictions will remain in place temporarily until it is determined to be safe to remove them. **Any person who thinks that they may have been exposed to COVID-19 should contact their healthcare provider immediately.**

## WHILE INSIDE THE COURTHOUSE:

- **To the extent possible, maintain six feet of distance from all other individuals.**

- **All individuals are required to wear a face-covering or mask while in common areas.**

**<u>Any person who does not comply with these requirements will be denied entry and/or subject to removal from the Courthouse.</u>**