

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

**In re:**

**COURT OPERATIONS UNDER THE EXIGENT**
**CIRCUMSTANCES CREATED BY THE OUTBREAK**     Case No. 2:20mc7
**OF CORONAVIRUS DISEASE 2019 (COVID-19):**
**MODIFIED JURY SUMMONS PACKET**

### General Order No. 2020-20

The United States District Court for the Eastern District of Virginia has continued to closely monitor the outbreak of Coronavirus Disease 2019 (COVID-19), as well as the developing guidance from the Centers for Disease Control and Prevention (CDC), and local health authorities. As detailed in General Order Nos. 2020-19 and 2020-16, the Court has announced its plan for the phased expansion of Court Operations in this District, which includes the anticipated resumption of criminal jury trials in the coming months.[1]

In anticipation of such planned resumption of criminal jury trials, and pursuant to the Jury Selection and Service Act, the Court hereby **ADOPTS** the attached modified jury summons packet that shall be provided to all prospective jurors within the District. The summons packet includes a letter to prospective jurors, a

---

[1] As set forth in General Order No. 2020-16, and for the reasons discussed therein, civil jury trials have been postponed indefinitely.

Screening Questionnaire, the standard jury information form and instructions, and a return envelope.

The letter to prospective jurors included in the modified jury summons packet describes the safety precautions implemented by the Court in response to the COVID-19 pandemic. Furthermore, the letter provides prospective jurors with information pertaining to the Court's restrictions regarding entry to the U.S. Courthouses in our District, as have been set forth in General Order Nos. 2020-17 and 2020-14.

The Screening Questionnaire was developed with consideration given to guidance provided by the Administrative Office of the United States Courts, approaches taken by other federal district courts, and after consultation with other judges of this Court, our jury administrator, the U.S. Attorney's Office, Federal Public Defender's Office, and the Court's CJA Panel Attorney District Representative. As described in General Order No. 2020-19, the information sought in the Screening Questionnaire will be used by the Court to avoid requiring those individuals whose jury service may be deferred to a later date[2] to visit the Courthouses in our District for an in-person voir dire proceeding. In doing so, the

---

[2] For example, those individuals in a "higher risk" category for contracting COVID-19, individuals who are currently sick or have been directed to quarantine and may not be recovered or released from such restrictions before the report date, individuals employed in certain healthcare positions, and individuals with children requiring their direct supervision and who lack other childcare options.

Court endeavors to protect the health and safety of jurors and prospective jurors, court employees, criminal defendants, government representatives, counsel, judges, and the public.

**It is so ORDERED.**

/s/ *[signature]*
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
July   7  , 2020

3

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO                                                                                                                        MARK S. DAVIS
CLERK OF COURT                                                                                                                            CHIEF JUDGE

DATE

Dear Juror,

    I am writing to notify you that you have been selected to serve on a jury in the United States District Court for the Eastern District of Virginia. Enclosed are a "Summons for Petit Jury Service" for your service set to begin on <u>Friday, September 11, 2020</u>, which includes a Juror Information Form at the bottom, and a Screening Questionnaire for COVID-19 risk.

    We realize these are difficult and trying times. We are closely monitoring and following the guidance issued by the CDC and local health authorities and are committed to the safety and well-being of all our jurors. Therefore, we want you to know the actions we have taken to protect you and other Courthouse occupants. These actions include the following:

    1) To prevent the spread of COVID-19 and reduce the potential risk of exposure to our staff and jurors, a questionnaire is enclosed for your completion. It will help us as we take precautionary measures to protect you and everyone in our Courthouses.

    2) In addition, please note that the Court has implemented numerous new procedures designed to protect the health and safety of jurors and other visitors to our Courthouses, including:

- Jurors, visitors, and occupants of our Courthouses are required to remain at least six feet apart, and this social distancing includes seating arrangements and breaks in trials, including lunch.

- Jurors, visitors, and occupants are required to wear a mask or face covering which you may bring with you, and if you do not have a mask or face covering, the court will provide one for you.

- Courtrooms and jury sitting rooms will be sanitized and cleaned after each use.

- All jurors and visitors to our Courthouses are asked to read the notice of health screening questions posted on the Courthouse doors and are denied entry if they cannot meet the screening criteria.

    We hope this information reassures you of our commitment to protect your health and is helpful in assisting you with the next step on your part of completing the enclosed Summons and Screening Questionnaire.

**Completion On-Line:**

If you have access to the Internet, please do the following:

- Visit **www.vaed.uscourts.gov**;

- Click on the eJuror link;

- Login to eJuror using your 9-Digit Participant Number (located on your Summons for Jury Service), the first three letters of your last name, and your date of birth. Please answer all the questions on the Juror Information Form and Screening Questionnaire.

**Completion by Mail**

If you do not have access to the Internet, please complete the "Jury Information Form," (which is the bottom half of your "Summons for Jury Service") and the Screening Questionnaire. Once complete, please mail them back to us in the envelope provided, within five (5) days of receipt.

Please keep the top portion of the summons form as it has "Frequently Asked Questions" regarding your jury service.

I want to assure you that we are taking the COVID-19 pandemic seriously and will continue to monitor conditions as they evolve. Our court wishes to ensure that any concerns or fears you may have are addressed as quickly as possible. Your participation in the jury system is important to all of us. We at the United States District Court truly understand the hardships you may be facing, and we greatly appreciate your willingness to participate as a juror in this Court. Your role as a juror plays a great part in allowing the Court to resume its most vital role - dispensing justice and preserving democracy. We stand ready to assist you as we move forward with jury service and selections.

If you have any questions or concerns about this letter or your summons, feel free to contact our office by using the phone numbers listed or by email at: **jury_norfolk@vaed.uscourts.gov**.

Respectfully Submitted,

*/s/ Jerome Grate*

Jerome Grate
Jury Administrator

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

## Screening Questionnaire

One of the Court's overriding priorities is the safety of both our staff and jurors. As the COVID-19 outbreak continues to evolve, our Court is monitoring the situation closely and will coordinate juror reporting based on current recommendations from the Centers for Disease Control and local and national health authorities.

To prevent the spread of COVID-19 and reduce the potential risk of exposure to our staff and jurors, we are conducting this simple screening. Your voluntary participation is important to help us take precautionary measures to protect you and everyone in our courthouses. You may either complete this form below and return it with your paper Jury Information Form, or you can answer the questions online through the eJUROR tool on our website: **www.vaed.uscourts.gov**.

**As of the date you sign this form, within the last 14 days:**

| # | Question |
|---|---|
| 1 | Have you traveled internationally?  Yes ☐  No ☐ |
| 2 | Have you been diagnosed with COVID-19, or had contact with anyone who has been diagnosed with COVID-19?  Yes ☐  No ☐ |
| 3 | Have you been directed to quarantine or isolate?  Yes ☐  No ☐ |
| 4 | Have you experienced a fever or chills, persistent cough, shortness of breath or difficulty breathing, new loss of taste or smell, or other flu-like symptoms?  Yes ☐  No ☐ |
| 5 | Have you resided with, or been in close contact with, any person in the above-mentioned categories?  Yes ☐  No ☐ |
| **In addition:** | |
| 6 | Are you a healthcare worker directly involved with the treatment of the COVID-19 disease, or work in another field that puts you in direct contact with people who have been diagnosed with COVID-19?  Yes ☐  No ☐ |
| 7 | Are you over age 65, or a person of any age with an underlying medical condition that puts you at a higher risk of developing serious health complications from COVID-19, or do you live with or provide direct care for a vulnerable person?  Yes ☐  No ☐ |
| 8 | Do you have children at home who require your direct supervision due to school and/or daycare closings? **Note:** Only answer YES if there is NO ONE else in the household who can provide care during your jury service.  Yes ☐  No ☐ |

Subsequent to submitting this form, if conditions change such that you should answer "Yes" to any of the questions to which you answered "No," please contact our office by calling the phone number listed below or by email at **jury_norfolk@vaed.uscourts.gov** or by mail.

Signature: _____    Date: _____

I hereby declare under the penalty of perjury that my answers are all true and correct to the best of my knowledge, information and belief.

Participant # from Your Summons: _____

# UNITED STATES DISTRICT COURT

Clerk's Office Phone Number 757-222-7200

**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**
**2400 WEST AVENUE**
**U.S. COURTHOUSE**
**NEWPORT NEWS, VA  23607**

## SUMMONS FOR JURY SERVICE



PLEASE READ FURTHER INSTRUCTIONS IN THE INFORMATION INCLUDED WITH THIS SUMMONS.

Submit this form online at www.vaed.uscourts.gov



TO:



TARA LEE WEDDING
123 ANYWHERE USA
SOMEWHERE, VA  12345-6789

**Participant #:** 102360184

**IMPORTANT: DO NOT COME TO THE COURTHOUSE UNTIL AFTER YOU CALL 866-224-9867 FOR INSTRUCTIONS.**

http://www.vaed.uscourts.gov/jury

---

PLEASE BRING THIS UPPER SECTION WITH YOU WHEN YOU REPORT FOR JURY DUTY

DETACH AT PERFORATION FOR JUROR BADGE

THE COURT SUMMONS YOU TO APPEAR FOR JURY DUTY BEGINNING ON THE DATE, TIME AND PLACE SHOWN BELOW.

**LOCATION:** NEWPORT NEWS DIVISION
2400 WEST AVENUE
U.S. COURTHOUSE
NEWPORT NEWS, VA  23607

**DATE:**

**TIME:** ON CALL DATES:  9/11/2020 to 9/25/2020

**JUROR NUMBER:** 02-0171

**PHONE TO CALL:** 1-866-224-9867 (ANYTIME AFTER 6:30PM)

**YOU MUST COMPLETE THIS FORM IN 5 DAYS**
**YOU CAN SUBMIT THIS FORM ONLINE AT WWW.VAED.USCOURTS.GOV**



## JUROR
UNITED STATES DISTRICT COURT

102360184

---

**400200902  JURY INFORMATION FORM** DETACH THIS PORTION AND RETURN BY MAIL WITHIN 5 DAYS

*IF YOU HAVE NO HOME PHONE GIVE PHONE NO. OF SOMEONE WHO CAN REACH YOU.

1. LAST NAME | FIRST | MIDDLE INITIAL
MAIL ADDRESS: STREET | P.O. BOX
CITY | STATE | ZIP

2. PHONE — HOME (OR OTHER*) | WORK

3. HOW LONG HAVE YOU LIVED IN THIS COUNTY ___YRS ___MOS.  THIS STATE ___YRS ___MOS.

4. COUNTY | 5. PLACE OF BIRTH | 6. MARITAL STATUS — ○ SINGLE ○ MARRIED ○ WIDOWED ○ SEPARATED OR DIVORCED | 7. NO. OF CHILDREN

8. AGE | 9. ARE YOU EMPLOYED? ○ YES ○ NO | 10. YOUR OCCUPATION OR BUSINESS

11. YOUR FIRM OR EMPLOYER'S NAME | 12. BUSINESS ADDRESS OR EMPLOYER'S ADDRESS — STREET | CITY | STATE

13. IF RETIRED, YOUR OCCUPATION BEFORE RETIREMENT | 14. SPOUSE'S OCCUPATION (IF SPOUSE RETIRED, OCCUPATION BEFORE RETIREMENT)

15. ARE ANY CHARGES NOW PENDING AGAINST YOU FOR A STATE OR FEDERAL CRIME PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR? ○ YES ○ NO | 16. HAVE YOU BEEN CONVICTED OF A STATE OR FEDERAL CRIME PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR? ○ YES ○ NO | 17. IF "YES" WERE YOUR CIVIL RIGHTS RESTORED

18. DO YOU HAVE ANY PHYSICAL OR MENTAL INFIRMITY WHICH WOULD IMPAIR YOUR CAPACITY TO SERVE AS A JUROR? ○ YES ○ NO  IF ANSWER IS "YES" AND YOU SEEK AN INFIRMITY EXCUSE PLEASE ATTACH A LETTER OR A DOCTOR'S STATEMENT. | 19. ARE YOU A SALARIED EMPLOYEE OF U.S. GOVERNMENT? ○ YES ○ NO | IF "YES", INSERT PROOF THAT YOUR CIVIL RIGHTS WERE RESTORED.  ○ YES ○ NO

20. ESTIMATED NO. OF MILES ONE WAY FROM YOUR HOME TO COURTHOUSE TO WHICH YOU ARE SUMMONED.

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

SIGN HERE ▶

102360184

## JUROR INFORMATION AND INSTRUCTIONS

Please read the responses to our most commonly asked questions regarding jury service.

### How long will my term last as a juror?
Your term will begin when you call on **SEPTEMBER 11, 2020 after 6:30p.m., and end SEPTEMBER 25, 2020. If selected, you are required to sit as a juror until the conclusion of the case.** Jurors are prohibited from researching trials and trial participants prior to and during your term of service.

### How will I know when to report?
You must check your reporting status, beginning Friday, September 11, 2020, after 6:30 p.m. by calling the toll free number at 1-866-224-9867. You may also check your status on-line by going to our Court's website (www.vaed.uscourts.gov) and clicking on *Juror Reporting Instructions*. **Please listen to the entire message.** Your instructions will either give you a date and time to report or a new date to call back within your two week on-call period. You will need your nine-digit participant number to access your reporting instructions. This number is located just above your name, next to the bar code on the enclosed summons. **Do not report to the courthouse until instructed to do so.**

### How do I make a request to be excused or postponed from jury service?
All requests for excuses or deferrals must be made in writing to the Clerk's Office. You may fax, mail or email your request with supporting documentation, (i.e., doctor's note for medical requests) for a United States District Judge to determine whether your request should be granted. The Court's address is located on the top of your summons. Your request must have your name and participant number on it and can be faxed to **(757) 222-7078** or emailed to **jury_norfolk@vaed.uscourts.gov**. You may also submit this request on-line through eJuror. Call the automated number or log onto the eJuror website to ascertain the status of your request. **PLEASE BE ADVISED THAT ANY PARTIAL EXCUSE MAY BE VOIDED BY THE PRESIDING JUDGE IF YOU ARE SELECTED TO SERVE ON A JURY.**

### What is my attendance obligation?
28 U.S. Code Section 1866(g) indicates that failure to appear for jury service can subject you to criminal penalties which include imprisonment, not more than three (3) days, $1,000 fine, and community service, or a combination of all three.

### Where is the Court located, and what parking information do I need to know?
The courthouse is located at 2400 West Avenue, Newport News, Virginia on the corner of 23rd Street and West Avenue. Courthouse hours are Monday thru Friday, 8:30am to 5:00pm. Public parking is available in the public lot at 2295 Harbor Road for $3.00 daily (exact change required). **When you pay for parking at Harbor Road, you will need to make sure the slot number matches the space number you are parked, otherwise you will be towed. The "board" where you pay for your parking is located near parking space number 1.** Overflow parking is available in the public lot on 26th Street (across from the Post Office building) for $1.00 per hour. You will be reimbursed for parking at a later date. There is no free parking so please make sure you are parked legally. The Court does not reimburse for towing. DO NOT PARK ON THE GRASS.

### How much will I be paid and when is orientation?
Jurors will be paid $50.00 per day and fifty seven and a half cents per mile, round- trip from your residence to the courthouse, and any tolls expended for bridges and tunnels. Employees of the federal government, excluding postal employees who serve as jurors in federal court, are not entitled to an attendance fee, unless the employee is in a non-pay status when reporting for service. When you report, the deputy clerk will be happy to answer any of your questions regarding your service.

### What if there is inclement weather?
If the Court is closed or the opening is delayed due to inclement weather or unusual circumstances, please call 1-866-224-9867 after 6:00 a.m., if you are scheduled to report for service on that day.

### Is there a dress code?
Appropriate attire for jurors is clothing which would be worn for a personal business meeting (no blue jeans, shorts, or T-shirts).

**NOTE: Jurors are required to show a pictured identification to gain entry to the courthouse. Jurors are not allowed to bring food, drinks; pocket knives; mace; cell phones; pagers; cameras; radios; recorders; Fitbits; Smart watches; laptops; mp3 players; iPods; electronic readers; any electronic devices; or, firearms into the building.**

# Pre-Addressed Business Reply Mail Envelope – No Postage Necessary