

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

In re:
COURT OPERATIONS UNDER THE EXIGENT
CIRCUMSTANCES CREATED BY THE OUTBREAK
OF CORONAVIRUS DISEASE 2019 (COVID-19):
END TO CARES ACT AUTHORIZATION TO USE VIDEO
CONFERENCING OR TELEPHONE CONFERENCING
FOR CRIMINAL PROCEEDINGS

Case No. 2:20mc7

### General Order No. 2021-09

On March 13, 2020, the President declared a national emergency in response to the COVID-19 pandemic. Shortly thereafter, Congress passed legislation authorizing the use of video and telephone conferencing, under certain circumstances and with the consent of the defendant, for various federal criminal case events during the course of the COVID-19 emergency. See CARES Act, 134 Stat. 281. On March 29, 2020, the Judicial Conference of the United States found that emergency conditions have materially affected, and would continue to affect, the functioning of the federal courts generally. Accordingly, on March 30, 2020, this Court issued General Order 2020-09 authorizing "the use of video conferencing, or telephone conferencing if video conferencing is not reasonably available, for all events listed in Section 15002(b)" of the CARES Act. Gen. Order 2020-09, at 2. Consistent with the requirements of the CARES Act, this Court has reauthorized remote CARES Act criminal proceedings to be conducted in this District through video

or telephone conferencing on multiple occasions, with the Court's most recent reauthorization expiring on Friday, June 25, 2021. See Gen. Order 2021-07.

The Court issues the instant General Order to provide public notice confirming that remote CARES Act criminal proceedings are no longer authorized in this District. Because remote criminal proceedings are no longer authorized, the Court also ends its temporary "telephonic access" program for remote criminal proceedings, which authorized the use of a toll-free telephone number to allow members of the press and public to remotely access the audio stream of such remote criminal proceedings. See Gen. Order 2020-11.

**It is so ORDERED.**

/s/ Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
June  28 , 2021