

FILED
SEP 17 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

In re:
COURT OPERATIONS UNDER THE EXIGENT
CIRCUMSTANCES CREATED BY THE OUTBREAK
OF CORONAVIRUS DISEASE 2019 (COVID-19):
ORDER RESCINDING COVID-19 CJA INTERIM
VOUCHER POLICY

Case No. 2:20mc7

### General Order No. 2021-14

Early in the COVID-19 pandemic, this Court found that the disruption to Court operations caused by the pandemic might impede timely payments to Criminal Justice Act (CJA) Panel Attorneys, thereby placing a financial burden on such attorneys, their staff, and their service providers. Gen. Order 2020-05. In order to mitigate the financial hardship of delayed payments, and to ensure the continued high quality of criminal representation by CJA Panel Attorneys, the Court authorized "interim vouchers for payment of fees and expenses for both attorneys and their service providers in any case, without the necessity of filing a Motion for an Order Allowing Interim Payments." Id. at 1.

In light of the fact that pandemic protocols are now well-established and effectively mitigate any risk of systemic "disruptions" to the processing of CJA payments, the Court hereby **RESCINDS** its COVID-19 CJA interim voucher policy set forth in General Order 2020-05. To the extent that CJA counsel wish to submit an interim voucher after the date of this General Order,

counsel must file a Motion for an Order Allowing Interim Payments, unless, of course, the Court previously granted a motion authorizing interim vouchers.

The Court **DIRECTS** the Clerk to send a copy of this Order to all members of the CJA Panel.

**It is so ORDERED.**

/s/ *[signature]*
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
September 17, 2021